1  LINDA L. SAGER, ESQ., Nevada Bar No. 8882
   lsager@heroldsagerlaw.com
2  HILARY R. KUCHINSKY, ESQ. (admitted *Pro Hac Vice*)
   hkuchinsky@heroldsagerlaw.com
3  HEROLD & SAGER
4  550 Second Street, Suite 200
   Encinitas, CA 92024
5  Telephone: (760) 487-1047
   Facsimile: (760) 487-1064
6
7  Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF
   PITTSBURGH, PA

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | CASE NO. 2:25-cv-00083-CDS-EJY |
| 11 | |
| 12           Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR NATIONAL UNION FIRE INSURANCE COMPANY OF** |
| 13       vs. | **PITTSBURGH, PA TO RESPOND TO UNITED NATURAL FOODS, INC. AND** |
| 14  AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF | **UNITED NATURAL FOODS WEST, INC.'S COUNTERCLAIM** |
| 15  TENNESSEE, LLC; KRISTINA A. ALLAN; | |
| 16  ALLON ADAR-BURLA; CATHERINE BRITTON; PETER ANTHONY | Counterclaim Served:        02/24/2025 |
| 17  ARAMBULA; STEPHAN BONNAR; | Current Response Date:   03/17/2025 |
|    GINGER LAND-VAN BUREN; CHERYL | New Response Date:        03/31/2025 |
| 18  NALLY; VANYA DIAZ; CAROLYN | |
| 19  STRONG; KATHLEEN GACIAS; ANDRIA BORDENAVE; HUNTER BROWN; | |
| 20  PAMELA BROWN; KARLA MORENO; | |
| 21  YANIV ITTAH, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF | |
| 22  ADIR ITTAH; MONICA BRANCH NOTO; STEVEN WADKINS; ARIKA CARRIER, | |
| 23  AN INDIVIDUAL, AND ON BEHALF OF HER MINOR CHILDREN H.C. AND F.C.; | |
| 24  RYAN CARRIER, AN INDIVIDUAL, AND ON BEHALF OF HIS MINOR CHILDREN | |
| 25  H.C. AND F.C.; NICOLE CHANG; CARY MANO; GLEN MORRIS; NIEGAL DAVIS- | |
| 26  RICHARD; ABRAHAM ENRIQUE OLVERA; JAMES J. DELMAR; CRYSTAL | |
| 27  CHOBAK; JENNA CONSIGLIO; BLAIN JONES; TYLER DIELEMAN; CAMILLE | |
| 28 | |

---
1
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM

GALLAGHER AND BRYAN GALLAGHER, AS GUARDIANS AD LITEM OF THEIR MINOR CHILD, O.G.; JAMES HU; JEREME BOTIZ; JUDITH RYERSON, AS SPECIAL ADMINISTRATIX OF THE ESTATE OF KATHLEEN RYERSON AND AS HEIR OF KATHLEEN RYERSON, DECEASED; RICHARD RYERSON, AS HEIR OF KATHLEEN RYERSON, DECEASED; PATRICIA SUTHERLAND, AS HEIR OF KATHLEEN RYERSON, DECEASED; KEITH HALEY; RICHARD BELSKY; YVONNE ARNONE; TIQUIONTE HENRY; GRAY MAYNARD; CHERI RASMUSSEN; DANIEL TAYLOR; SANDRA AND BRYAN ABELE, ON BEHALF OF THEIR MINOR CHILD T.A.; MYLES HUNWARDSEN; JAZMIN SCHAFFER; TINA HARTSHORN; MIRIAM BRODY; CHRISTINA SOSA; CINDY JONES; JILL RAW, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; KOUROSH KAVEH, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; SANTEE WILLIAMS, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF TWO MINOR CHILDREN, L.Y.W. AND L.O.W.; JORGE MORALES, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, S.M.; JOSEPH TEGANO; RUDY MORALES; LISA KING; SHELBY KURHANEWICZ; JOHN KURHANEWICZ; JOSE MARTINEZ; MONICA VOZZA; LORRAINE A. KALAYANAPRAPRUIT; LI CHING TAO; BRUCE PARENT; CHRISTIAN MORIMANDO; ROBERT L. MCGOVERN; ANDREA PROKOVA; MATTHEW GONZALEZ; AGNES ALEKSANDER; SYLVIA ATANSOVA; CANDICE SHARAPOV; L.S., A MINOR CHILD, BY AND THROUGH HIS PARENTS NIKOLAY AND CANDICE SHARAPOV; Z.S., A MINOR CHILD, BY AND THROUGH HER PARENTS NIKOLAY AND CANDICE SHARAPOV; NIKOLAY SHARAPOV; NATHAN VINCELETTE; DAISY WEI; VINCENT LINKE; LORENZO MUNIZ;

2

1  BRANDY WREN; CHRISTOPHER BRIAN
   WREN; C.N.W., A MINOR CHILD BY AND
2  THROUGH HIS GUARDIANS AD LITEM
   CHRISTOPHER BRIAN WREN AND
3  EMELY WREN; EMELY WREN; GRACIE
   ZIMMERMAN; UNITED NATURAL
4  FOODS, INC.; UNITED NATURAL FOODS
   WEST, INC.; COSTCO WHOLESALE
5  CORPORATION; KEHE DISTRIBUTORS,
   INC.; KEHE DISTRIBUTORS OF NEVADA,
6  LLC; and DOE ENTITIES 1-100,
7
8              Defendants.
9

10        Plaintiff-in-Interpleader NATIONAL UNION FIRE INSURANCE COMPANY OF

11  PITTSBURGH, PA ("National Union") and Defendants UNITED NATURAL FOODS, INC. and

12  UNITED NATURAL FOODS WEST, INC. (collectively, "UNFI"), by and through their attorneys

13  of record, hereby stipulate and agree and therefore move for an order as follows:

14        WHEREAS, UNFI filed an Answer and Counterclaim to National Union's Complaint in

15  Interpleader in this matter on February 24, 2025;

16        WHEREAS, UNFI served the Counterclaim on February 24, 2025, triggering the responsive

17  pleading deadline of March 17, 2025;

18        WHEREAS, National Union and UNFI and have agreed to extend the deadline for National

19  Union to respond to the Counterclaim until March 31, 2025;

20        WHEREAS, this is the first stipulation for extension of time to respond to the Counterclaim;

21        NOW, THEREFORE, National Union and UNFI stipulate and agree to the following:

22        1.      The deadline for National Union to respond to UNFI's Counterclaim is extended

23  until March 31, 2025.

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM

1    National Union and UNFI respectfully request that the Court enter an Order in accordance

2  with the foregoing:

3        **IT IS SO STIPULATED**

4  DATED: March 14, 2025                    HEROLD & SAGER

5

6                                      By:   */s/ Hilary R. Kuchinsky*

7                                           Linda L. Sager, Esq., Nevada Bar No. 8882
                                           Hilary R. Kuchinsky, Esq. (admitted *Pro Hac Vice*)

8                                          Attorneys for Plaintiff NATIONAL UNION FIRE
                                           INSURANCE COMPANY OF PITTSBURGH, PA

9

10

11  DATED: March 14, 2025                    FENNEMORE CRAIG, P.C.

12

13

14                                      By:   */s/ Anthony W. Austin*

15                                          Anthony W. Austin, Esq.
                                           Kendall M. Lovell, Esq.

16                                          Attorneys for Defendants UNITED NATURAL
                                           FOODS, INC. and UNITED NATURAL FOODS

17                                          WEST, INC.

18

19              IT IS SO ORDERED:

20

21              _____

22              UNITED STATES MAGISTRATE JUDGE

23              DATED:   March 14, 2025

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM