# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA,<br><br>                Plaintiff<br><br>v.<br><br>Affinitylifestyles.com, Inc., et al.,<br><br>                Defendants | Case No. 2:25-cv-00083-CDS-EJY<br><br>**Order Striking Joint Stipulation to Extend Deadlines**<br><br>[ECF No. 127] |

      Plaintiff National Union Fire Insurance Company of Pittsburgh, PA and defendants United Natural Food, Inc. and United Natural Foods West, Inc. ("UNFI") stipulate to extend the deadline to respond and reply to the motion to dismiss. ECF No. 127. However, it is unclear whether the parties agree to extend the deadline to April 18 or to April 28. *Id.* at 1, 3. Additionally, the stipulation violates Local Rule 7-1(c) requiring that "[a] stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion. For those reasons, National Union and UNFI's joint stipulation **[ECF No. 127] is stricken**.

      Dated: April 23, 2025

                                                          _____
                                                          Cristina D. Silva
                                                          United States District Judge