WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Certain Putative Defendants*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; KRISTINA A. ALLAN; ALLON ADAR-BURLA; CATHERINE BRITTON; PETER ANTHONY ARAMBULA; STEPHAN BONNAR; GINGER LAND-VAN BUREN; CHERYL NALLY; VANYA DIAZ; CAROLYN STRONG; KATHLEEN GACIAS; ANDRIA BORDENAVE; HUNTER BROWN; PAMELA BROWN; KARLA MORENO; YANIV ITTAH, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ADIR ITTAH; MONICA BRANCH NOTO; STEVEN WADKINS; ARIKA CARRIER, AN INDIVIDUAL, AND ON BEHALF OF HER MINOR CHILDREN H.C. AND F.C.; RYAN CARRIER, AN INDIVIDUAL, AND ON BEHALF OF HIS MINOR CHILDREN H.C. AND F.C.; NICOLE CHANG; CARY MANO; GLEN MORRIS; NIEGAL DAVISRICHARD; ABRAHAM ENRIQUE OLVERA; JAMES J. DELMAR; CRYSTAL CHOBAK; JENNA CONSIGLIO; BLAIN JONES; TYLER DIELEMAN; CAMILLE GALLAGHER AND BRYAN GALLAGHER, AS GUARDIANS AD LITEM OF THEIR MINOR CHILD, O.G.; JAMES HU; JEREME BOTIZ; JUDITH RYERSON, AS SPECIAL ADMINISTRATIX OF THE ESTATE OF | Case No.: 2:25-cv-00083-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND THE BRIEFING DEADLINES RELATED TO (1) NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S RENEWED MOTION FOR DISCHARGE, INJUNCTION AND DISMISSAL PURSUANT TO 28 U.S.C. § 2361 AND FOR DEFAULT JUDGMENT [ECF NO. 216]; AND (2) NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S RENEWED MOTION TO DISMISS CERTAIN DEFENDANTS' COUNTERCLAIM TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA'S COMPLAINT IN INTERPLEADER [ECF NO. 215]** <br><br> **(First Request)** |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

KATHLEEN RYERSON AND AS HEIR OF KATHLEEN RYERSON, DECEASED; RICHARD RYERSON, AS HEIR OF KATHLEEN RYERSON, DECEASED; PATRICIA SUTHERLAND, AS HEIR OF KATHLEEN RYERSON, DECEASED; KEITH HALEY; RICHARD BELSKY; YVONNE ARNONE; TIQUIONTE HENRY; GRAY MAYNARD; CHERI RASMUSSEN; DANIEL TAYLOR; SANDRA AND BRYAN ABELE, ON BEHALF OF THEIR MINOR CHILD T.A.; MYLES HUNWARDSEN; JAZMIN SCHAFFER; TINA HARTSHORN; MIRIAM BRODY; CHRISTINA SOSA; CINDY JONES; JILL RAW, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; KOUROSH KAVEH, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; SANTEE WILLIAMS, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF TWO MINOR CHILDREN, L.Y.W. AND L.O.W.; JORGE MORALES, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, S.M.; JOSEPH TEGANO; RUDY MORALES; LISA KING; SHELBY KURHANEWICZ; JOHN KURHANEWICZ; JOSE MARTINEZ; MONICA VOZZA; LORRAINE A. KALAYANAPRAPRUIT; LI CHING TAO; BRUCE PARENT; CHRISTIAN MORIMANDO; ROBERT L. MCGOVERN; ANDREA PROKOVA; MATTHEW GONZALEZ; AGNES ALEKSANDER; SYLVIA ATANSOVA; CANDICE SHARAPOV; L.S., A MINOR CHILD, BY AND THROUGH HIS PARENTS NIKOLAY AND CANDICE SHARAPOV; Z.S., A MINOR CHILD, BY AND THROUGH HER PARENTS NIKOLAY AND CANDICE SHARAPOV; NIKOLAY SHARAPOV; NATHAN VINCELETTE; DAISY WEI; VINCENT LINKE; LORENZO MUNIZ; BRANDY WREN; CHRISTOPHER BRIAN WREN; C.N.W., A MINOR CHILD BY AND THROUGH HIS GUARDIANS AD LITEM CHRISTOPHER BRIAN WREN AND EMELY WREN; EMELY WREN; GRACIE ZIMMERMAN; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; COSTCO WHOLESALE CORPORATION; KEHE DISTRIBUTORS, INC.; KEHE

2

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

DISTRIBUTORS OF NEVADA, LLC; and
DOE ENTITIES 1-100,

Defendants.

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Certain Putative Defendants,[1] by and through their counsel of record, Will Kemp, Esq. and Eric Pepperman, Esq., of Kemp Jones, LLP, and Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC" or "Plaintiff"), by and through its counsel of record, Linda Sager, Esq. and Hilary Kachinsky, Esq., of Herold & Sager, that Certain Putative Defendants shall have additional time to file their Responses to: (1) Plaintiff's Renewed Motion to Dismiss Certain Defendants' Counterclaim to NUFIC's Complaint in Interpleader [ECF No.

---

[1] "Certain Putative Defendants" means and refers to: Bryan Abele; Sandra Abele; Trevor Abele; Agnes Aleksander; Yvonne Arnone; Silviya Atanasova; Richard Belsky; Miriam Brody; Monica Branch-Noto; Andria Bordenave; Jereme Botiz; Hunter Brown; Pamela Brown; Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Kathleen Gacias; O. Gallagher, by and through his guardians ad litem, Bryan and Camille Gallagher; Matthew Gonzalez; Gray Maynard; Tina Hartshorn; Keith Haley; Tiquionte Henry; James Hu; Myles Hunwardsen; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; Kourosh Kaveh; L. Kaveh, a minor child, by and through her natural parents Kourosh Kaveh and Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Lorenzo Muniz; Karla Moreno; Jorge Morales; S. Morales, a minor child, by and through his father Jorge Morales; Glen Morris; Bruce Parent; Jill Raw; Cheri Rasmussen; Judith Ryerson, as Special Administratrix of the Estate of Kathleen Ryerson and as heir of Kathleen Mustain Ryerson; Patricia Sutherland, as heir of Kathleen Mustain Ryerson; Judith Beaumeier, Administratrix of the Estate of Richard Ryerson (Decedent), as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; Nikolay Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through her parents Nikolay and Candice Sharapov; Christina Sosa; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Daisy Wei; Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; L.Y. Williams, a minor child, by and through her mother Sante Williams; Steven Wadkins; Christopher Brian Wren; C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian Wren and Emely Wren; Emely Wren; Brandi Wren

215]; and (2) Plaintiff's Renewed Motion for Discharge, Injunction and Dismissal Pursuant to 28 U.S.C. § 2361 and for Default Judgment [ECF No. 216] (collectively, the "Motions"). Plaintiff shall likewise have additional time to file its Replies in support of those Motions. Plaintiff filed its Motions on July 22, 2026. The original deadline for Certain Putative Defendants to file their Responses, currently August 7, 2026, is hereby extended to **August 17, 2026**. The deadline for Plaintiff to file its Replies, currently August 14, 2026, is hereby extended to **August 28, 2026.**

This Stipulation is made in good faith and not for the purpose of delay. Good cause exists for the requested extension because counsel for Certain Putative Defendants has pretrial motions due in an unrelated matter on the same day the Responses are currently due. This is the first request for an extension of these deadlines, and the requested extension will not prejudice any party.

/ / /

/ / /

/ / /

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

4

DATED this 6th day of August, 2026.    DATED this 6th day of August, 2026.

**KEMP JONES, LLP**    **HEROLD & SAGER**

*/s/ Eric Pepperman*    */s/ Hilary Kuchinsky*
WILL KEMP, ESQ., NV Bar No. 1205    LINDA L. SAGER, ESQ., NV Bar No. 8882
ERIC PEPPERMAN, ESQ., NV Bar No.    HILARY R. KUCHINSKY, Esq.
11679    (admitted Pro Hac Vice)
BREANNA SWITZLER, ESQ., NV Bar    HEROLD & SAGER
No. 15653    550 SECOND STREET, SUITE 200
KEMP JONES, LLP    ENCINITAS, CA 92024
3800 HOWARD HUGHES PARKWAY, 17TH
FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Certain Putative Defendants*    *Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

5