LINDA L. SAGER, ESQ., Nevada Bar No. 8882
lsager@heroldsagerlaw.com
HILARY R. KUCHINSKY, ESQ. (admitted *Pro Hac Vice*)
hkuchinsky@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1064

Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiff,

vs.

AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; KRISTINA A. ALLAN; ALLON ADAR-BURLA; CATHERINE BRITTON; PETER ANTHONY ARAMBULA; STEPHAN BONNAR; GINGER LAND-VAN BUREN; CHERYL NALLY; VANYA DIAZ; CAROLYN STRONG; KATHLEEN GACIAS; ANDRIA BORDENAVE; HUNTER BROWN; PAMELA BROWN; KARLA MORENO; YANIV ITTAH, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ADIR ITTAH; MONICA BRANCH NOTO; STEVEN WADKINS; ARIKA CARRIER, AN INDIVIDUAL, AND ON BEHALF OF HER MINOR CHILDREN H.C. AND F.C.; RYAN CARRIER, AN INDIVIDUAL, AND ON BEHALF OF HIS MINOR CHILDREN H.C. AND F.C.; NICOLE CHANG; CARY MANO; GLEN MORRIS; NIEGAL DAVIS-RICHARD; ABRAHAM ENRIQUE OLVERA; JAMES J. DELMAR; CRYSTAL CHOBAK; JENNA CONSIGLIO; BLAIN JONES; TYLER DIELEMAN; CAMILLE

CASE NO. 2:25-cv-00083-CDS-EJY

**STIPULATION AND ORDER CONTINUING DISCOVERY DEADLINES**

**(FIRST REQUEST)**

GALLAGHER AND BRYAN GALLAGHER, AS GUARDIANS AD LITEM OF THEIR MINOR CHILD, O.G.; JAMES HU; JEREME BOTIZ; JUDITH RYERSON, AS SPECIAL ADMINISTRATIX OF THE ESTATE OF KATHLEEN RYERSON AND AS HEIR OF KATHLEEN RYERSON, DECEASED; RICHARD RYERSON, AS HEIR OF KATHLEEN RYERSON, DECEASED; PATRICIA SUTHERLAND, AS HEIR OF KATHLEEN RYERSON, DECEASED; KEITH HALEY; RICHARD BELSKY; YVONNE ARNONE; TIQUIONTE HENRY; GRAY MAYNARD; CHERI RASMUSSEN; DANIEL TAYLOR; SANDRA AND BRYAN ABELE, ON BEHALF OF THEIR MINOR CHILD T.A.; MYLES HUNWARDSEN; JAZMIN SCHAFFER; TINA HARTSHORN; MIRIAM BRODY; CHRISTINA SOSA; CINDY JONES; JILL RAW, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; KOUROSH KAVEH, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, L.K.; SANTEE WILLIAMS, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF TWO MINOR CHILDREN, L.Y.W. AND L.O.W.; JORGE MORALES, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF A MINOR CHILD, S.M.; JOSEPH TEGANO; RUDY MORALES; LISA KING; SHELBY KURHANEWICZ; JOHN KURHANEWICZ; JOSE MARTINEZ; MONICA VOZZA; LORRAINE A. KALAYANAPRAPRUIT; LI CHING TAO; BRUCE PARENT; CHRISTIAN MORIMANDO; ROBERT L. MCGOVERN; ANDREA PROKOVA; MATTHEW GONZALEZ; AGNES ALEKSANDER; SYLVIA ATANSOVA; CANDICE SHARAPOV; L.S., A MINOR CHILD, BY AND THROUGH HIS PARENTS NIKOLAY AND CANDICE SHARAPOV; Z.S., A MINOR CHILD, BY AND THROUGH HER PARENTS NIKOLAY AND CANDICE SHARAPOV; NIKOLAY SHARAPOV; NATHAN VINCELETTE; DAISY WEI; VINCENT LINKE; LORENZO MUNIZ;

BRANDY WREN; CHRISTOPHER BRIAN WREN; C.N.W., A MINOR CHILD BY AND THROUGH HIS GUARDIANS AD LITEM CHRISTOPHER BRIAN WREN AND EMELY WREN; EMELY WREN; GRACIE ZIMMERMAN; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; COSTCO WHOLESALE CORPORATION; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS OF NEVADA, LLC; and DOE ENTITIES 1-100,

Defendants.

Plaintiff-in-Interpleader National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and "Defendants"[1] by and through their attorneys of record, hereby stipulate and agree and move for an order as follows:

///

[1] "Defendants" refers to Defendants Affinitylifestyles.com, Inc., Real Water, Inc., Real Water of Tennessee, LLC, Kristina A. Allan, Allon Adar-Burla, Ginger Land-Van Buren, Cheryl Nally, Vanya Diaz, Carolyn Strong, Kathleen Gacias, Andria Bordenave, Hunter Brown, Pamela Brown, Karla Moreno, Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah, Monica Branch Noto, Steven Wadkins, Arika Carrier, an individual, and on behalf of her minor children H.C. and F.C., Ryan Carrier, an individual, and on behalf of his minor children H.C. and F.C., Nicole Chang, Cary Mano, Glen Morris, Niegal Davis-Richard, Abraham Enrique Olvera, James J. Delmar, Crystal Chobak, Jenna Consiglio, Blain Jones, Camille Gallagher and Bryan Gallagher, as Guardians ad Litem of their minor child, O.G., James Hu, Jereme Botiz, Judith Ryerson, as Special Administratix of the Estate of Kathleen Ryerson and as heir of Kathleen Ryerson, deceased, Richard Ryerson, as heir of Kathleen Ryerson, deceased, Patricia Sutherland, as heir of Kathleen Ryerson, deceased, Keith Haley, Richard Belsky, Yvonne Arnone, Tiquionte Henry, Gray Maynard, Cheri Rasmussen, Daniel Taylor, Sandra and Bryan Abele, on behalf of their minor child, T.A., Myles Hunwardsen, Jazmin Schaffer, Tina Hartshorn, Miriam Brody, Christina Sosa, Cindy Jones, Jill Raw, individually and as Guardian ad Litem of a minor child, L.K., Kourosh Kaveh, individually and as Guardian ad Litem of a minor child, L.K., Santee Williams, individually and as Guardian ad Litem of two minor children, L.Y.W. and L.O.W., Jorge Morales, individually and as Guardian ad Litem of a minor child, S.M., Joseph Tegano, Lisa King, Jose Martinez, Monica Vozza, Lorraine A. Kalayanaprapruit, Li Ching Tao, Bruce Parent, Robert L. McGovern, Andrea Prokova, Matthew Gonzalez, Agnes Aleksander, Sylvia Atansova, Candice Sharapov, L.S., a minor child, by and through his parents Nikolay and Candice Sharapov, Z.S., a minor child, by and through her parents Nikolay and Candice Sharapov, Nikolay Sharapov, Daisy Wei, Vincent Linke, Lorenzo Muniz, Brandy Wren, Christopher Brian Wren, C.N.W., a minor child, by and through his Guardians ad Litem Christopher Brian Wren and Emely Wren, Emely Wren, Gracie Zimmerman, United Natural Foods, Inc., United Natural Foods West, Inc., Costco Wholesale Corporation, KeHE Distributors, Inc., KeHE Distributors of Nevada, LLC. "Defendants" does not include parties that have been dismissed or have not appeared and have had default entered against them.

1. WHEREAS, on July 17, 2026, the Court issued a Minute Order that the stay of discovery in this matter was lifted and the parties were to meet and confer regarding a discovery plan and scheduling order within 14 days of the order. The Court further ordered that the parties file a proposed plan and order no later than August 14, 2026. (ECF No. 214.) However, this order was later vacated by the Court on July 29, 2026. (ECF No. 218) ("IT IS FURTHER ORDERED that the Court's Order requiring a discovery plan and scheduling order be filed by August 14, 2026 is vacated.");

2. WHEREAS, on July 24, 2026, National Union filed a Renewed Motion to Dismiss Certain Defendants' Counterclaim (ECF No. 215) and a Renewed Motion for Discharge, Injunction, and Dismissal Pursuant to 28 U.S.C. § 2361 (ECF No. 216);

3. WHEREAS, on July 29, 2026, National Union, in response to the Court's July 17, 2026 Minute Order (ECF No. 214), filed a motion to continue deadlines re: meet and confer and discovery plan/scheduling order (the "Motion") (ECF No. 217);

4. WHEREAS, in the Motion, National Union asserted that continuing the deadline for the parties to meet and confer, and submit a discovery plan/scheduling order is appropriate given this interpleader action is still in phase one, while discovery takes place during phase two of such actions. National Union further asserted that when phase two begins, the parties who will proceed to assert competing claims to the res will have been determined, and justice and efficiency will be served by addressing scheduling and discovery with those parties at that time;

5. WHEREAS, on July 29, 2026, the Court issued a Minute Order denying the Motion without prejudice, stating that the Court is not opposed to a continued stay, but that the Court requires the parties to meet and confer regarding National Union's request before it will consider a stay. Accordingly, the Minute Order indicated that the parties must meet and confer regarding a continued stay of discovery pending resolution of National Union's dispositive motions. The Court furthered ordered that the parties are to file a single document subsequent to exhausting meet and confer efforts providing their respective positions for consideration by the Court. The Court requested succinct presentations, as a rendition of the history of this matter was not needed, nor was the standard applicable to a request to stay discovery. (ECF No. 218);

6. WHEREAS, on August 3, 2026, Ryan A. Andersen, Chapter 7 Trustee for the Estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC (the "Trustee") filed a Renewed Motion to Dismiss Complaint (ECF No. 219);

7. WHEREAS, on August 18, 2026, the Court issued a Minute Order providing that no later than August 25, 2026, the parties were to file: (1) a stipulation to continue the stay of discovery, (2) a joint status report stating they need more time to discuss how this case should proceed, or (3) a joint status report explaining they cannot agree on how the case should proceed. The Court further ordered that if an agreement cannot be reached, each party was to provide, in 3 pages or less, their respective position in the joint report. (ECF No. 233);

8. WHEREAS, the parties have met and conferred regarding discovery and the related deadlines in this matter and have reached an agreement on the timing of discovery in this matter;

9. WHEREAS, the parties agree that the claims and parties that will proceed to phase two of these proceedings should be clarified prior to conducting discovery, and the Court's ruling on National Union's Renewed Motion to Dismiss Certain Defendants' Counterclaim (ECF No. 215), National Union's. Renewed Motion for Discharge, Injunction, and Dismissal Pursuant to 28 U.S.C. § 2361 (ECF No. 216), and the Trustee's Renewed Motion to Dismiss Complaint (ECF No. 219) would assist in that regard. As such, the parties agree that justice and efficiency would be served if discovery is stayed until the Court rules on these motions;

NOW, THEREFORE, the parties stipulate and agree to the following:

Discovery in this matter is STAYED until 45 days after the Court rules on National Union's Renewed Motion to Dismiss Certain Defendants' Counterclaim (ECF No. 215), National Union's. Renewed Motion for Discharge, Injunction, and Dismissal Pursuant to 28 U.S.C. § 2361 (ECF No. 216), and the Trustee's Renewed Motion to Dismiss Complaint (ECF No. 219);

The parties remaining in this action at the time the stay of discovery is lifted shall submit a discovery plan and scheduling order no later than 14 days after the stay of discovery is lifted;

These proceedings are not otherwise stayed in any regard apart from discovery as a result of this stipulation.

///

**IT IS SO STIPULATED**

DATED: August 20, 2026

HEROLD & SAGER

By: */s/ Hilary R. Kuchinsky*

Linda L. Sager, Esq., NV Bar No. 8882
Hilary R. Kuchinsky, Esq.(admitted *Pro Hac Vice*)
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: 760-487-1047
Facsimile: 760-487-1064
Email: lsager@heroldsagerlaw.com
Email: hkuchinsky@heroldsagerlaw.com

Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

DATED: August 20, 2026

BANKRUPTCY RECOVERY GROUP, LLC

By: */s/ Talitha Gray Kozlowski*

Gregory E. Garman, Esq., Nevada Bar No. 6654
Talitha G. Kozlowski, Esq., Nevada Bar No. 9040
Dylan Ciciliano, Esq., Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (702) 483–6126
Email:ggarman@brg.legal
Email: tgray@brg.legal
Email: dciciliano@brg.legal

HOUMAN LAW FIRM, LTD.
Jacob L. Houmand, Esq., Nevada Bar No. 12781
Bradley G. Sims, Esq., Nevada Bar No. 11713
9205 West Russell Rd., Building 3, Suite 240
Las Vegas, NV 89148
Tel: (702) 720-3370
Facsimile: (702) 720-3371
Email: jhoumand@houmandlaw.com
Email: bsims@houmandlaw.com

Attorneys for Ryan Andersen, Chapter 7 Trustee for the Estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC

DATED: August 24, 2026

KEMP JONES, LLP

By: */s/ Eric Pepperman*
Will Kemp, Esq., Nevada No. 1205
Eric Pepperman, Esq., Nevada No. 11679
Breanna Switzler, Esq., Nevada No. 15653
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Email: c.pola@kempjones.com
Email: e.pepperman@kempjones.com
Email: b.switzler@kempjones.com
Attorneys for Certain Defendants[2]

---

[2] "Certain Defendants" refers to Defendants Bryan Abele; Sandra Abele; Trevor Abele; Agnes Aleksander; Yvonne Arnone; Silviya Atanasova; Richard Belsky; Miriam Brody Monica Branch-Noto; Andria Bordenave; Jereme Botiz; Hunter Brown; Pamela Brown; Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Kathleen Gacias; O. Gallagher, by and through his guardian ad litem, Bryan and Camille Gallagher; Matthew Gonzalez; Gray Maynard; Tina Hartshorn; Keith Haley; Tiquionte Henry; James Hu; Myles Hunwardsen; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; Kourosh Kaveh; L. Kaveh, a minor child, by and through her natural parents Kourosh Kaveh and Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Lorenzo Muniz; Karla Moreno; Jorge Morales; S. Morales, a minor child, by and through his father Jorge Morales; Glen Morris; Bruce Parent; Jill Raw; Cheri Rasmussen; Judith Ryerson, as Special Administratrix of the Estate of Kathleen Ryerson and as heir of Kathleen Mustain Ryerson; Patricial Sutherland, as heir of Kathleen Mustain Ryerson; Judith Beaumeier, Administratrix of the Estate of Richard Ryerson (Decedent), as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; Nikolay Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through her parents Nikolay and Candice Sharapov; Christina Sosa; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Daisy Wei; Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; L.Y. Williams, a minor child, by and through her mother Sante Williams; Steven Wadkins; Christopher Brian Wren; C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian Wren and Emely Wren; Emely Wren; and Brandi Wren.

DATED: August 24, 2026

EGLET LAW

By: */s/ Erica Entsminger*

Robert T. Eglet, Esq., NV Bar No. 3402
Erica Entsminger, Esq., NV Bar No. 7432
350 S. Rampart Blvd., Suite 310
Las Vegas, NV 89145
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eentsminger@egletlaw.com
Attorneys for Defendant Lisa King

DATED:

BURRIS & THOMAS, LLC

By:

Steven M. Burris, Esq., Nevada Bar No. 603
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
Tel: (702) 258-6238
Email: sb@steveburrislaw.com
Attorneys for Defendant Crystal Chobak

DATED: August 24, 2026

CHRISTIANSEN TRIAL LAWYERS

By: */s/ Peter S. Christiansen*

Peter S. Christiansen, Esq., Nevada Bar No. 5254
Keely P. Chippoletti, Esq., Nevada Bar No. 13931
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Email: pete@christiansenlaw.com
Email: keely@christiansenlaw.com
Attorneys for Defendant Blain Jones

DATED:

EGLET LAW

By: ______________________________

Robert T. Eglet, Esq., NV Bar No. 3402
Erica D. Entsminger, Esq., NV Bar No. 7432
350 S. Rampart Blvd., Suite 310
Las Vegas, NV 89145
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com
Attorneys for Defendant Lisa King

DATED: August 21, 2026

BURRIS & THOMAS, LLC

By: ______________________________ #3120

Steven M. Burris, Esq., Nevada Bar No. 603
2810 W. Charleston Boulevard, Suite F-58 Las Vegas, Nevada 89102
Tel: (702) 258-6238
Email: sb@steveburrislaw.com
Attorneys for Defendant Crystal Chobak

DATED:

CHRISTIANSEN TRIAL LAWYERS

By: ______________________________

Peter S. Christiansen, Esq., Nevada Bar No. 5254
Keely P. Chippoletti, Esq., Nevada Bar No. 13931
710 S. 7th Street, Suite B Las Vegas, Nevada 89101 Telephone: (702) 240-7979
Email: pete@christiansenlaw.com
Email: keely@christiansenlaw.com
Attorneys for Defendant Blain Jones

DATED: August 24, 2026

CHRISTIAN MORRIS TRIAL ATTORNEYS

By: */s/ Sarah E. DiSalvo*

Christian M. Morris, Esq., Nevada Bar No. 11218
Sarah E. DiSalvo, Esq., Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Tel: (702) 434-8282
Email: Christian@CMTrialAttorneys.com
Email: Sarah@CMTrialAttorneys.com
Attorneys for Defendants Kristina A. Allan, Robert L. McGovern and Grace Zimmerman

DATED: August 21, 2026

CLEAR COUNSEL LAW GROUP

By: */s/ Dustin E. Birch*

Jared R. Richards, Esq., Nevada Bar No.11254
Dustin E. Birch, Esq., Nevada Bar No. 0517
1671 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89012
Tel: (702) 476-5900
Email: jared@clearcounsel.com
Email: dustin@clearcounsel.com
Attorneys for Defendant Andrea Prokova

DATED: August 20, 2026

CAMPBELL & WILLIAMS

By: */s/ Samuel R. Mirkovich*

Samuel R. Mirkovich, Esq., Nevada Bar No. 11662
Ariana N. Reed, Esq. Nevada Bar No. 15310
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Email: srm@cwlawlv.com
Email: anr@cwlawlv.com
Attorneys for Defendants the Carrier Family[3]

---

[3] The Carrier Family refers to Defendants Arika Carrier, an individual, and on behalf of her minor children H.C. and F.C. and Ryan Carrier, an individual, and on behalf of his minor children H.C. and F.C.

DATED: August 24, 2026

MADDOX & CISNEROS, PLLC

By: */s/ Barbara McDonald*
Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara McDonald, Esq., NV Bar No. 11651
1210 S. Valley View Blvd., Suite 202
Las Vegas, NV 89102
Tel: (702) 366-1900
Facisimile: (702) 366-1999
Email: NCisneros@mc-thefirm.com
Email: BMcDonald@mc-thefirm.com
Attorneys for Defendant Cindy Jones

DATED: August 21, 2026

HUTCHISON & STEFFEN, PLLC

By: */s/ Jeffrey R. Hall*
Jeffrey R. Hall, Esq., Nevada Bar No. 9573
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Email: jhall@hutchlegal.com
Attorneys for Defendants KeHE Distributors of Nevada, LLC And KeHe Distributors, Inc.

DATED: August 24, 2026

FENNEMORE CRAIG, P.C.

By: */s/ Anthony W. Austin*
Anthony W. Austin, Esq., Nevada Bar No. 10850
9275 W. Russell Rds., Suite 240
Las Vegas, NV 89148
Tel: (702) 692-8000
Email: aaustin@fennemorelaw.com
Attorneys for Defendants United Natural Foods West, Inc. and United Natural Foods, Inc.

DATED: August 24, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ J. Christopher Jorgensen*
J. Christopher Jorgensen, Esq. Nevada Bar No.7589
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949.8200
Email: Chris.Jorgensen@wbd-us.com
Attorneys for Defendant Costco Wholesale Corporation

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE ELAYNA J. YOUCHAH

DATED: August 24, 2026